UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IMIOLA J. PELIO,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:18-cv-5271 TSZ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, docket no. 17, to which no objection was timely filed, does hereby find and ORDER:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) The Clerk is DIRECTED to enter **JUDGMENT** in favor of plaintiff and to CLOSE this case.

(4) The Clerk is further DIRECTED to send copies of this Order to counsel of record and to Magistrate Judge Creatura.

Dated this 8th day of April, 2019.

                                              /s/ Thomas S. Zilly
                                              Thomas S. Zilly
                                              United States District Judge