U.S. DISTRICT JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IMIOLA J. PELIO, | ) |
|     Plaintiff, | ) CIVIL NO. 3:18-cv-05271-TSZ |
| | ) |
| vs. | ) ORDER |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant | ) |
| | ) |

Plaintiff's unopposed motion, docket no. 20, for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is GRANTED.

Plaintiff is AWARDED $5,040.00 in attorney's fees, subject to any offset allowed under the Treasury Offset Program. *See Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010). If these EAJA fees are not subject to any offset, payment of this award shall be made via check payable to David Oliver and sent to: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

IT IS SO ORDERED.

Dated this 1st day August, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER FOR EAJA FEES - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

Presented by:

S/David P. OLIVER
David P. Oliver,
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org